Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Abigail P. Dittmar

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL P. DITTMAR, | Case No.: 2:17-cv-02469-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the deadline in which plaintiff must file her motion for summary judgment for a period of 14 days from April 26, 2018, to and including May 10, 2018, and that all subsequent deadlines set forth in the Court's Scheduling Order. Doc. No. 4.

1  This is the first request for an extension in this matter.  This request is made
2  on behalf of counsel for plaintiff who needs additional time to confer with plaintiff
3  regarding certain substantive matters in this case.  On behalf of counsel, the parties
4  request this extension for the proper briefing of this matter.  Counsel for plaintiff
5  represents that this request is not made to unduly delay consideration of this
6  matter.  Counsel for plaintiff apologizes for the inconvenience caused by this
7  request.

   IT IS SO STIPULATED.

DATE: April 26, 2018             Respectfully submitted,

                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                                         /s/ *Young Cho*
                            BY:_____
                                 Young Cho
                                 Attorney for plaintiff ABIGAIL P. DITTMAR


Date:  April 27, 2018            McGREGOR W. SCOTT
                                 United States Attorney



                            BY:   /s/ *Ben A. Porter*
                                 BEN A. PORTER
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant NANCY A.
                                 BERRYHILL, Acting Commissioner of Social
                                 Security (Per email authorization)

                                 **ORDER**

   Approved and so ordered.

DATED:  April 30, 2018
                                 _____
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE