1  Young Cho
   Attorney at Law: 189870
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562) 868-5886
   Fax: (562) 868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Abigail P. Dittmar

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL P. DITTMAR, | Case No.: 2:17-cv-02469-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Abigail P. Dittmar ("Plaintiff") and Nancy A. Berryhill as the Deputy Commissioner for Operations,

-1-

performing the duties and functions not reserved to the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: May 10, 2018     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*

BY:_____
Young Cho
Attorney for plaintiff Abigail P. Dittmar

DATE: May 10, 2018     McGREGOR W. SCOTT
United States Attorney

/s/ *Ben A. Porter*

_____
BEN A. PORTER
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

## ORDER

Approved and so ordered.

DATED: May 10, 2018.

*[signature]*
_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE